Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK R. JOHNSON and STONEWALL J. WEBSTER, III,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ROBERT BOSCH GMBH; and ROBERT BOSCH LLC,<br><br>Defendants | Case No.: 3:17-cv-02146<br><br>The Honorable Edward M. Chen<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby give notice that the above captioned matter is voluntarily dismissed with prejudice.

Dated:  September 24, 2021				Respectfully submitted,

						/s/ *Elizabeth J. Cabraser*
						  Elizabeth J. Cabraser

						Elizabeth J. Cabraser
						LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
						275 Battery Street, 29th Floor
						San Francisco, California 94111-3339
						Telephone: (415) 956-1000
						Facsimile: (415) 956-1008
						Email: ecabraser@lchb.com

						*Plaintiffs' Lead Counsel and Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Elizabeth J. Cabraser*

Elizabeth J. Cabraser

2

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
CASE NO.: 3:17-cv-02146

2306914.1